## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| RUSSELL PARIS CROOK and<br>BARBARA LEE EPPERLY CROOK,<br><br>Plaintiffs,<br><br>vs.<br><br>BRANDON SCOTT FUZI, D.C. and<br>FLCCIII, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE<br>NO. 2:12-CV-66 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and with the consent of all parties to this action, Plaintiffs Russell Paris Crook and Barbara Lee Epperly Crook dismiss with prejudice all of their claims in this case. Furthermore, Defendants Brandon Scott Fuzi, D.C. and FLCCIII, Inc. agree not to file counter claims related to this action.

Respectfully submitted this 4th day of September, 2013.

*(Signatures on Next Page)*

**Agreed and Consented to by:**

**HALL BOOTH SMITH, PC**

/s/ Heather Saum Ware
Heather Saum Ware
Georgia Bar No. 208206
*Counsel for Defendants*
191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303
(404) 954-5000
(404) 954-5020 (fax)


/s/ Russell Crook
Russell Crook*, Pro Se*
6823 East Country Highlands Drive
Floral City, FL  34436
*Signed with express permission by Heather Saum Ware*


/s/ Barbara Crook
Barbara Crook*, Pro Se*
6823 East Country Highlands Drive
Floral City, FL  34436
*Signed with express permission by Heather Saum Ware*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| RUSSELL PARIS CROOK and ) <br> BARBARA LEE EPPERLY CROOK, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> BRANDON SCOTT FUZI, D.C. and ) <br> FLCCIII, INC. ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION FILE <br> NO. 2:12-CV-66 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE upon all parties to this matter by electronically filing with the ECF filing system, and that service of the following individuals will be accomplished by the ECF system:

Russell Crook and Barbara Crook
6823 East Country Highlands Drive
Floral City, FL  34436

Barbara Crook's email:
crook.barbara@yahoo.com

*(Signature on Next Page)*

3

Respectfully submitted this 4th day of September, 2013.

**HALL BOOTH SMITH, PC**

/s/ Heather Saum Ware
Heather Saum Ware
Georgia Bar No. 208206
*Counsel for Defendants*

191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303
(404) 954-5000
(404) 954-5020 (fax)

This is to certify that this document was prepared in accordance with Court Rule L.R. 5.1B, N.D. Ga., in the Times New Roman 14 Point.

4